# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **WILLIAM RICHARD HILLIARD JR.,** ) | | JUDGMENT IN CASE |
| ) | | |
| Petitioner, ) | | 1:22-cv-00013-MR |
| ) | | 1:19-cr-00003-MR-WCM |
| vs. ) | | |
| ) | | |
| **UNITED STATES OF AMERICA,** ) | | |
| ) | | |
| Respondent. ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 7, 2022 Order.

February 7, 2022

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court